(53 Misc. Rep. 659)

## In re ROSENBLATT'S ESTATE.

### (Surrogate's Court, Kings County. January, 1907.)

CORPORATIONS—FOREIGN CORPORATIONS—RIGHT TO SUE.

Under Gen. Corp. Law, Laws 1892, p. 1805, c. 687, § 15, and Tax Law, Laws 1896, p. 856, c. 908, § 181, a foreign corporation is not absolutely prohibited from suing in the courts of the same state, but has the same right as a domestic corporation, except in the special instances referred to in such law; and a proceeding by such a corporation will not be dismissed, where the papers fail to show the petitioner to be within such prohibition.

In the matter of the estate of Sarah E. Rosenblatt. Objections to proceedings for enforcement of claim overruled. Motion of claimant granted.

Maxson & Jones, for petitioners.
Joseph P. Friedman, for administrator.

CHURCH, S. Counsel for the administrator contends that, as the petitioner is a foreign corporation, it has no right to maintain the present proceeding. The provisions of section 15 of the general corporation law (Laws 1892, p. 1805, c. 687) and section 181 of the tax law (Laws 1896, p. 856, c. 908) do not absolutely prohibit a foreign corporation from suing in the courts of this state. On the contrary, under the provisions of section 1779 of the Code, a foreign corporation is given the same right to appeal to the courts of this state as are accorded to a domestic corporation, except in the special instances referred to in the sections of the general corporation law and the tax law referred to. As the papers in this case fail to show that the petitioner herein comes within the prohibition, the objections to its maintaining this proceeding should be overruled.

Motion granted, with $25 costs.